

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Thomas Seabourne, Appellant

No. 06-15-00088-CV      v.

Danese Seabourne, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2015-140). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

 As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

 We further order that the appellant, Thomas Seabourne, pay all costs of this appeal.

RENDERED MAY 20, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk